UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
MAHMOUD, JIHAN YOUSIF                  Case No. 09-40894 SWR
ALHOWRAMI, NISREEN                    Chapter 7
YOUSIF, JOHN                                     HON. Steven W. Rhodes
HOWRAMI, NISREEN
                Debtor(s).             /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Steven D. Richter<br>25900 Greenfield Rd., Ste 220<br>Oak Park, MI 48237 | 15 | $27.86 |
| | **TOTAL** | **$27.86** |

Dated: August 4, 2010                  /s/ George P. Dakmak
                                             George P. Dakmak, Trustee
                                             615 Griswold, Suite 600
                                             Detroit, MI 48226
                                             (313) 964-0800
                                             e-mail: gpd.trustee@gdakmak.com